PETER BIBRING (SBN 223981)
PBibring@aclusocal.org
MOHAMMAD TAJSAR (SBN 280152)
MTajsar@aclusocal.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, California 90017
Telephone:  (213) 977-9500
Facsimile:   (213) 977-5299

PATRICIA SHNELL (SBN 316183)
pshnell@cair.com
Council on American-Islamic Relations–CA
2180 W. Crescent Avenue, Suite F
Anaheim, California 92801
Telephone:  (714) 776-1177
Facsimile:   (714) 399-4585

ANJAN CHOUDHURY (SBN 236039)
anjan.choudhury@mto.com
ELIZABETH A. KIM (SBN 295277)
elizabeth.kim@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Flr.
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS–CA, VIGILANT LOVE COALITION, ASIAN AMERICANS ADVANCING JUSTICE-LOS ANGELES, AMERICAN CIVIL LIBERTIES UNION OF SOUTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES DEPARTMENT OF HOMELAND SECURITY LONG BEACH FIELD OFFICE; UNITED STATES DEPARTMENT OF | Case No. 2:17-cv-07887-PSG-KS<br><br>**STIPULATION RE JOINT STATUS REPORT AND ]PROPOSED] ORDER** |

44356160.1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15 | HOMELAND SECURITY LOS ANGELES FIELD OFFICE; FEDERAL BUREAU OF INVESTIGATION LOS ANGELES FIELD OFFICE; UNITED STATES ATTORNEY'S OFFICE FOR THE CENTRAL DISTRICT OF CALIFORNIA; UNITED STATES DEPARTMENT OF JUSTICE; UNITED STATES DEPARTMENT OF JUSTICE CIVIL RIGHTS DIVISION; UNITED STATES DEPARTMENT OF JUSTICE COMMUNITY ORIENTED POLICING SERVICES; UNITED STATES DEPARTMENT OF JUSTICE COMMUNITY RELATIONS SERVICE; UNITED STATES DEPARTMENT OF JUSTICE EXECUTIVE OFFICE FOR THE UNITED STATES ATTORNEYS; UNITED STATES DEPARTMENT OF JUSTICE OFFICE OF JUSTICE PROGRAMS; UNITED STATES DEPARTMENT OF JUSTICE OFFICE OF THE ATTORNEY GENERAL; FEDERAL BUREAU OF INVESTIGATION,<br><br>          Defendants. |

44356160.1

STIPULATION RE JOINT STATUS REPORT AND ]PROPOSED] ORDER

1 Plaintiffs Council on American-Islamic Relations–CA, Greater Los Angeles
2 Office, Vigilant Love Coalition, Asian Americans Advancing Justice – Los Angeles,
3 and American Civil Liberties Union Foundation of Southern California
4 ("Plaintiffs") and Defendants Federal Emergency Management Agency, U.S.
5 Department of Homeland Security, DHS Los Angeles Field Office, DHS Long
6 Beach Field Office, Federal Bureau of Investigation Los Angeles Field Office,
7 United States Attorney's Office for the Central District of California, DOJ, DOJ
8 Civil Rights Division, DOJ Community Oriented Policing Services, DOJ
9 Community Relations Service, DOJ Executive Office for the United States
10 Attorneys, DOJ Office of Justice Programs, DOJ Office of the Attorney General,
11 FBI, ("Defendants") (collectively, the "Parties"), by and through their respective
12 counsel of record, respectfully stipulate as follows:

\* \* \*

14 WHEREAS, pursuant to the Parties' March 2, 2020 joint status report and the
15 Court's March 5, 2020 Order, the Parties anticipated proposing a summary
16 judgment briefing schedule by April 2, 2020;

17 WHEREAS, Defendants continue to produce documents on a rolling basis;

18 WHEREAS, the Parties anticipate continuing to meet-and-confer over the
19 next 60 days in a good faith effort to narrow the issues to be raised in motions
20 practice;

21 ACCORDINGLY, THE PARTIES HEREBY STIPULATE, subject to this
22 Court's approval, that:

23 (1) The deadline to file a stipulation regarding a proposed summary briefing
24 schedule should be extended from April 2, 2020 to June 2, 2020;

| | | |
|---|---|---|
| 1 | DATED: April 2, 2020 | Respectfully submitted, |
| 2 | | |
| 3 | | MUNGER, TOLLES & OLSON LLP |
| | | ANJAN CHOUDHURY |
| 4 | | ELIZABETH A. KIM |

By: _____/s/ Elizabeth A. Kim_____
ELIZABETH A. KIM
Attorneys for Plaintiffs

DATED: April 2, 2020    Respectfully submitted,

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section, Civil Division

/s/ Alarice M. Medrano
_____
ALARICE M. MEDRANO
Assistant United States Attorney

Attorneys for Defendants
Federal Emergency Management Agency, *et al.*

44356160.1

-2-
STIPULATION RE JOINT STATUS REPORT AND [PROPOSED] ORDER

**FILER'S ATTESTATION**

I, Elizabeth A. Kim, am the ECF user whose identification and password are being used to file this stipulation and proposed order.  Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that the other above-named signatory concurs in this filing.

DATED:  April 2, 2020

*/s/ Elizabeth A. Kim*
ELIZABETH A. KIM