E-FILED
APR - 6 2020
Document #_____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS–CA, et-al, <br><br> Plaintiffs, <br><br> vs. <br><br> FEDERAL EMERGENCY MANAGEMENT AGENCY, et al., <br><br> Defendants. | Case No. 2:17-cv-07887-PSG-KS <br><br> [~~PROP~~OSED] ORDER <br><br> Hon. Philip S. Gutierrez <br> United States District Judge |

Having read and considered the parties' April 2, 2020 Stipulation,

IT IS SO ORDERED that the Parties' deadline to submit a joint status report with proposed summary judgment briefing schedule shall be extended to June 2, 2020.

DATED: April 6, 2020

Hon. Philip S. Gutierrez
United States District Judge