PETER BIBRING (SBN 223981)
PBibring@aclusocal.org
MOHAMMAD TAJSAR (SBN 280152)
MTajsar@aclusocal.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, California 90017
Telephone:   (213) 977-9500
Facsimile:   (213) 977-5299

AMR SHABAIK (SBN 288109)
Council on American-Islamic Relations–CA
2180 W. Crescent Avenue, Suite F
Anaheim, California 92801
Telephone:   (714) 776-1177
Facsimile:   (714) 399-4585

ANJAN CHOUDHURY (SBN 236039)
anjan.choudhury@mto.com
ELIZABETH A. KIM (SBN 295277)
elizabeth.kim@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Flr.
Los Angeles, California 90071-3426
Telephone:   (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS–CA, VIGILANT LOVE COALITION, ASIAN AMERICANS ADVANCING JUSTICE-LOS ANGELES, AMERICAN CIVIL LIBERTIES UNION OF SOUTHERN CALIFORNIA,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES DEPARTMENT OF HOMELAND SECURITY LONG BEACH FIELD OFFICE; UNITED STATES DEPARTMENT OF | Case No. 2:17-cv-07887-PSG-KS<br><br>**JOINT STATUS REPORT AND [PROPOSED] ORDER** |

| | |
|---|---|
| 1 | HOMELAND SECURITY LOS ANGELES FIELD OFFICE; FEDERAL BUREAU OF INVESTIGATION LOS ANGELES FIELD OFFICE; UNITED STATES ATTORNEY'S OFFICE FOR THE CENTRAL DISTRICT OF CALIFORNIA; UNITED STATES DEPARTMENT OF JUSTICE; UNITED STATES DEPARTMENT OF JUSTICE CIVIL RIGHTS DIVISION; UNITED STATES DEPARTMENT OF JUSTICE COMMUNITY ORIENTED POLICING SERVICES; UNITED STATES DEPARTMENT OF JUSTICE COMMUNITY RELATIONS SERVICE; UNITED STATES DEPARTMENT OF JUSTICE EXECUTIVE OFFICE FOR THE UNITED STATES ATTORNEYS; UNITED STATES DEPARTMENT OF JUSTICE OFFICE OF JUSTICE PROGRAMS; UNITED STATES DEPARTMENT OF JUSTICE OFFICE OF THE ATTORNEY GENERAL; FEDERAL BUREAU OF INVESTIGATION, |
| | Defendants. |

44928729.2

JOINT STATUS REPORT AND [PROPOSED] ORDER

Plaintiffs Council on American-Islamic Relations–CA, Greater Los Angeles Office, Vigilant Love Coalition, Asian Americans Advancing Justice – Los Angeles, and American Civil Liberties Union Foundation of Southern California ("Plaintiffs") and Defendants Federal Emergency Management Agency, U.S. Department of Homeland Security, DHS Los Angeles Field Office, DHS Long Beach Field Office, Federal Bureau of Investigation Los Angeles Field Office, United States Attorney's Office for the Central District of California, DOJ, DOJ Civil Rights Division, DOJ Community Oriented Policing Services, DOJ Community Relations Service, DOJ Executive Office for the United States Attorneys, DOJ Office of Justice Programs, DOJ Office of the Attorney General, FBI, ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, respectfully submit the following joint status report:

* * *

As set forth in the June 16, 2020 stipulation, all but a single agency has completed their productions of documents, *Vaughn* indices and/or declarations regarding their searches to Plaintiffs. As set forth by Defendants in the March 3, 2020 Joint Stipulation, the DOJ Office of Justice Programs ("OJP") "discovered approximately 59,900 pages of potentially responsive documents on December 19, 2019" and began processing those documents and producing non-exempt documents, or portions thereof, to Plaintiffs in early March. OJP continues to produce non-exempt documents on a rolling basis. Based on the current rate of processing, which has been impacted by the COVID-19 emergency, OJP estimates that it will take approximately 52 weeks for it to complete its processing and production of documents, i.e., June 15, 2021.

In light of OJP's ongoing production, the parties request that the Court order the parties to submit a further status report within 90 days regarding that production.

| | | |
|---|---|---|
| 1 | DATED:  August 14, 2020 | Respectfully submitted, |
| 2 | | |
| 3 | | MUNGER, TOLLES & OLSON LLP<br>    ANJAN CHOUDHURY<br>    ELIZABETH A. KIM |
| 4 | | |
| 5 | | |
| 6 | | By:    */s/ Elizabeth A. Kim* |
| 7 | | ELIZABETH A. KIM |
| 8 | | Attorneys for Plaintiffs |
| 9 | | |
| 10 | DATED:  August 14, 2020 | Respectfully submitted, |
| 11 | | |
| 12 | | NICOLA T. HANNA<br>United States Attorney<br>DAVID M. HARRIS<br>Assistant United States Attorney<br>Chief, Civil Division<br>JOANNE S. OSINOFF<br>Assistant United States Attorney<br>Chief, General Civil Section, Civil Division |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | */s/ Alarice M. Medrano* |
| 17 | | ALARICE M. MEDRANO<br>Assistant United States Attorney |
| 18 | | |
| 19 | | Attorneys for Defendants<br>Federal Emergency Management Agency, *et al.* |
| 20 | | |

44928729.2

-2-

STIPULATION RE JOINT STATUS REPORT AND [PROPOSED] ORDER

**FILER'S ATTESTATION**

I, Elizabeth A. Kim, am the ECF user whose identification and password are being used to file this stipulation and proposed order. Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that the other above-named signatory concurs in this filing.

DATED: August 14, 2020

*/s/ Elizabeth A. Kim*
ELIZABETH A. KIM