1   ANJAN CHOUDHURY (SBN 236039)
    anjan.choudhury@mto.com
2   JULIANA YEE (SBN 304564)
    juliana.yee@mto.com
3   MUNGER, TOLLES & OLSON LLP
    350 South Grand Avenue, 50th Floor
4   Los Angeles, California 90071-3426
    Telephone:   (213) 683-9100
5   Facsimile:   (213) 687-3702

6   *Attorneys for Plaintiffs Council on
    American-Islamic Relations–CA, et al.*
7

8                UNITED STATES DISTRICT COURT

9          FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                    WESTERN DIVISION

11  | COUNCIL ON AMERICAN-ISLAMIC RELATIONS–CA, et al., | No. 2:17-cv-07887 FLA (KSx) |
12  | | |
    | Plaintiffs, | JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |
13  | | |
14  | v. | Hon. Fernando L. Aenlle-Rocha |
    | FEDERAL EMERGENCY | United States District Judge |
15  | MANAGEMENT AGENCY, et al., | |
16  | Defendants. | |

17

18       Pursuant to Federal Rule of Civil Procedure 41(a)(1), all Plaintiffs and all

19  Defendants, by and through undersigned counsel, hereby stipulate that this action and all

20  claims and defenses asserted therein be dismissed with prejudice, with each party

21  bearing its own attorneys' fees, costs, and expenses.

22  //

23  //

24  //

25  //

26  //

27  //

28  //

                            1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully,

Dated:  January 13, 2022

MUNGER, TOLLES & OLSON LLP
ANJAN CHOUDHURY
JULIANA M. YEE

_____
JULIANA M. YEE
*Attorneys for Plaintiffs*

Dated:  January 13, 2022

TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney

*/s/ Alarice M. Medrano*

_____
ALARICE M. MEDRANO
Assistant United States Attorney
*Attorneys for Defendants*

2

1

### ATTESTATION UNDER LOCAL RULE 5-4.3.4

I, Juliana M. Yee, am the ECF User whose ID and password are being used to file this JOINT STIPULATION OF DISMISSAL WITH PREJUDICE.  In compliance with Local Rules 5-4.3.4(a)(2), I hereby attest that Defendants' counsel, Alarice Medrano, has concurred in this filing.

DATED:  January 13, 2022

_____
JULIANA M. YEE
*Attorney for Plaintiffs*

3